© 2024 FINRA. All rights reserved.   FINRA Dispute Resolution Services   Arbitrator ID: A65357

**Respondent KENNEDY - EXHIBIT 1**

# Arbitrator Disclosure Report

Arbitrator last affirmed the accuracy of this Disclosure Report on   11/22/2023

## ARBITRATOR

| | | | |
|---|---|---|---|
| **Name:** | Mr. Michael Joseph Whealen | **Classification:** | Public |
| **Arbitrator ID:** | A65357 | **FINRA Mediator:** | |
| **CRD #:** | | **Chair Status:** | None |
| **City/State/Country:** | Saint Louis / MO / United States | **DR Portal Registered:** | Yes |

## EMPLOYMENT

| Start Date | End Date | Firm | Position |
|---|---|---|---|
| 05/2012 | Present | Retirement | Retirement |
| 09/2011 | 04/2012 | Graybar Electric Supply | Federal Account Manager |
| 08/2008 | 09/2011 | Retirement | Retirement |
| 05/2002 | 08/2008 | AT&T Federal Solutions | Regional Vice President |
| 06/1999 | 04/2002 | AT&T Federal Solutions | Regional Sales Manager |
| 02/1998 | 06/1999 | AT&T | Sales Manager |
| 01/1996 | 02/1998 | AT&T Federal Systems | Sales |
| 05/1993 | 01/1996 | AT&T | Data Networking Acct Executive |
| 04/1991 | 04/1993 | AT&T | Senior Account Executive |
| 02/1987 | 03/1991 | AT&T | Regional Sales Director |
| 09/1983 | 01/1987 | American Bell | Account Executive |
| 01/1983 | 09/1983 | American Bell | Communications Consultant |
| 12/1980 | 01/1983 | Southwestern Bell Telephone Company | Communications Consultant |
| 06/1970 | 12/1980 | Ralston Purina | Fulfillment Supervisor |

## EDUCATION

| Start Date | End Date | School | Degree |
|---|---|---|---|
| 08/1989 | 03/1993 | Webster University | MA |
| 09/1973 | 04/1978 | Saint Louis University | BA |

## TRAINING

| Completed | Course | Details | Firm/School | Hours | Location |
|---|---|---|---|---|---|
| 10/2024 | Motion to Dismiss Training | | FINRA | 1 | online |
| 10/2024 | Suspicious Act Rpt & Anti-Money Laundrg | | FINRA | 1 | online |
| 10/2024 | Explained Decision Training | | FINRA | 1 | online |
| 08/2023 | Enhanced Expungement Training | | FINRA | 1 | online |

©2024 FINRA. All rights reserved.
FINRA Dispute Resolution Services  Arbitrator ID:  A65357

| Date | Course | | Sponsor | Credits | Format |
|---|---|---|---|---|---|
| 12/2022 | Duty to Disclose online mini-course | | FINRA | 1 | online |
| 12/2022 | Understanding the Prehearing Stage | | FINRA | 1 | online |
| 03/2021 | Online Basic Panel Training | | FINRA | 6 | online |
| 03/2021 | Expungement online revised - 3/2009 | | FINRA | 1 | online |
| 03/2021 | Suspicious Act Rpt & Anti-Money Laundrg | | FINRA | 1 | online |
| 03/2021 | New Online Civility Training | Paper exam | FINRA | 1 | |
| 02/2021 | Discovery Training (2011) | | FINRA | 1 | online |

## CONFLICT INFORMATION

A neutral's current relationship with a FINRA member firm is considered a conflict of interest which precludes the neutral from serving on a case involving said firm. FINRA's list selection algorithm automatically screens for known conflicts with FINRA member firms when generating lists of potential neutrals for a case, and, where a known conflict exists, the neutral will not appear on a list in that case.

Note: Disclosures of type "Related Conflict With" are automatically added to the list of disclosures by FINRA using data found in the Central Registration Depository (CRD). These disclosures are not provided directly by the neutral.

| Type | Firm Name | Details |
|---|---|---|
| Family Member has relationship with | Edward Jones | Spouse has IRA |
| Has an account with | Computershare | Investment |
| Related Conflict With | Georgeson Securities Corporation | Conflict due to firm affiliation |

## DISCLOSURE INFORMATION

Neutral disclosures are provided for the parties' information but are not considered conflicts of interest. FINRA's list selection algorithm does not screen disclosure information when generating lists of potential neutrals for a case. The parties may consider this information when making decisions as to neutral selection.

Parties are encouraged to conduct their own due diligence for any prospective neutral, including their social media presence. Keep in mind that social media presence can change as accounts may be opened or closed, privacy settings may be changed and posts can be created, edited and/or taken down by the user. Social media posts made by FINRA neutrals do not reflect the opinions and views of FINRA.

| Type | Firm Name | Details |
|---|---|---|
| Disclosed Online Activities | LinkedIn | www.linkedin.com/in/michael-whealen-0aa49b/ |
| Disclosed Online Activities | LinkedIn | www.linkedin.com/in/michael-whealen-9758a3a/ |
| Disclosed Online Activities | LinkedIn | www.linkedin.com/in/michael-whealen-a843361/ |
| Disclosed Online Activities | LinkedIn | www.linkedin.com/in/mike-whealen-a613625/ |
| Has made a disclosure about | MJ Services | Neutral owns firm; no money made from it |
| Is a member of | SBC Enhanced Pension Group | |

| | |
|---|---|
| Non-investment related lawsuit/charge | DWI in 1973, case was thrown out and arrest was expunged |
| Non-investment related lawsuit/charge | Plaintiff in 2008 title acquisition case, judgment for Plaintiff |

## PUBLICLY AVAILABLE AWARDS FOR CASES INVOLVING PUBLIC CUSTOMERS

Publicly Available Awards for Cases Involving Public Customers Section, Current as of 12/14/2024

| Case ID | Case Name | Close Date | Role |
|---|---|---|---|
| | There is no award information. | | |

## PUBLICLY AVAILABLE AWARDS FOR CASES NOT INVOLVING PUBLIC CUSTOMERS

Publicly Available Awards for Cases NOT Involving Public Customers Section, Current as of 12/14/2024

| Case ID | Case Name | Close Date | Role |
|---|---|---|---|
| | There is no award information. | | |

## CASES CURRENTLY ASSIGNED INVOLVING PUBLIC CUSTOMERS

| Case ID | Parties and Current Representatives of Record | Date Assigned | Role |
|---|---|---|---|
| 23-02297 | Customer (Counsel: Mr. Richard B. Fosher, Esq., St. Louis, MO) vs. First Allied Securities, Inc. (Counsel: Mr. Benjamin J. Biard, Esq., Miami, FL) | 11/10/2023 | Panelist |
| 23-01119 | Customer (Counsel: Mr. Richard B. Fosher, Esq., St. Louis, MO) vs. Moloney Securities Co., Inc. (Counsel: Mr. Matthew D. Turner, Esq., Jefferson City, MO) | 07/06/2023 | Panelist |
| 22-01937 | Customer (Counsel: Mr. Michael C. Bixby, Esq., Pensacola, FL) vs. Center Street Securities, Inc. (Counsel: Mr. Donald Pollard, Port Jefferson, NY); Jeffrey T. Kennedy (Counsel: Mr. Jeffrey T. Kennedy, Giddings, TX); Jack Robert Thacker (Counsel: Mr. Jack Robert Thacker, Murfreesboro, TN); Micah Harding Rayner, Jason Price Lamb, Michael Anthony Romano (Counsel: Mr. James L. Kopecky, Esq., Chicago, IL); Thomas Samuel Lisk (Counsel: Mr. Thomas Samuel Lisk, Abingdon, VA); Billy James Aycock (Counsel: Mr. Billy J. Aycock, Nashville, TN) | 11/10/2022 | Panelist |
| 22-01653 | Customer (Counsel: Mr. Richard B. Fosher, Esq., St. Louis, MO) vs. Arete Wealth Management, LLC (Counsel: Mr. Gregg J. Breitbart, Esq., Fort Lauderdale, FL); Center Street Securities, Inc. (Counsel: Mr. Donald Pollard, Port Jefferson, NY) | 10/27/2022 | Panelist |

## CASES CURRENTLY ASSIGNED NOT INVOLVING PUBLIC CUSTOMERS

| Case ID | Parties and Current Representatives of Record | Date Assigned | Role |
|---|---|---|---|
| | There are no currently assigned cases. | | |

## ARBITRATOR BACKGROUND INFORMATION

I have an MA in Management (emphasis in Human Resources Resources) from Webster University in March 1993. Also as a Sales Manager, Regional Sales Manager and Regional Vice President for AT&T/SBC/AT&T Federal Solutions, I was tasked with assisting my employees with basic financial advice, primarily the 401K's, Deferred Compensation Plans, Savings Plans and Executive Savings Plans. While I was prohibited from giving advice or specific recommendations, I did help them seek professional counsel for specifics. Many of these folks had never been involved with deferred compensation, stock options and longer term savings vehicles. As we moved people along in their careers it was incumbent of me to make them as broadly knowledgeable as possible.