# United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

*Nathan M. Graves*  *314-244-7900*
*Clerk of Court*

March 18, 2025.

Jeffrey T. Kennedy

1093 County Road 205
Giddings, TX 78942

RE:   Vaughn et al v. Center Street Securities, Inc. et al
      4:25-CV-00078-SPM

Dear Sir or Madam:

    This matter has been assigned to a United States Magistrate Judge pursuant to Local Rule 2.08. Pursuant to the local rules, each party is required to notify the Court in writing, on the form provided, whether they consent to such assignment or opt to have the case reassigned to a district judge of the Court. **The local rule requires that these forms are to be submitted to the Court not later than twenty-one days after the appearance of each party.**

    A review of our records indicates that you filed your answer to the complaint on March 6, 2025, and an amended answer on March 17, 2025. If you have not already done so, please submit your executed form **within five working days of this letter, which is 03/25/2025,** so that this matter may proceed.

Sincerely,

*Nathan M. Graves            /*
Clerk of Court


By:   /s/ Alexis Reichert    /
      ALEXIS REICHERT
      Deputy Clerk

Enclosure(s)