## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| **TERRY VAUGHN and SHARON VAUGHN,** | |
| **Petitioners,** | |
| **v.** | **Case No. 4:25-cv-00078-SRC** |
| **CENTER STREET SECURITIES, INC., and JACK R. THACKER,** | |
| **Respondents.** | |

## PETITIONERS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO RESPONDENT JACK R. THACKER

Petitioners Terry Vaughn and Sharon Vaughn and Respondent and Counter-Petitioner Jeffrey T. Kennedy hereby submit this stipulated Voluntary Dismissal *without prejudice* as to Petitioners' claims against Jack R. Thacker pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This voluntary dismissal does not apply to or affect any of Petitioners' pending claims involving Respondents Center Street Securities, Inc.

Respectfully submitted this 12th day of September, 2025.

 /s/  **Michael C. Bixby**
Michael C. Bixby
**Bixby Law PLLC**
4300 Bayou Blvd., Suite 16
Pensacola, FL 32503
Bar No.: 111367(FL)
Email: Michael@BixbyLawFirm.com
Phone: (850) 332-6945

*Attorney for Petitioners Terry & Sharon Vaughn*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was filed via the CM/ECF

System on this 12th day of September, 2025.


 _/s/ Michael C. Bixby_____