UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERRY VAUGHN and SHARON VAUGHN,<br><br>   Petitioners,<br><br>v.<br><br>CENTER STREET SECURITIES, INC., and JACK R. THACKER,<br><br>   Respondents. | Case No. 4:25-cv-00078-SRC |

**PETITIONERS STATUS UPDATE IN COMPLIANCE WITH THE COURT'S JULY 17, 2025 ORDER, DOC. 42, AS TO THACKER BANKRUPTCY PROCEEDINGS**

Petitioners note that they have filed a Notice of Voluntary Dismissal Without Prejudice as to Respondent Jack Thacker. Doc. 44. Petitioners believe this matter can proceed solely as to the remaining Respondent, Center Street Securities, Inc.

The Bankruptcy process with Mr. Thacker is still ongoing. The bankruptcy Court approved the Bankruptcy plan at the end of July 2025. Since then, Mr. Thacker has begun to execute on the bankruptcy plan, though his compliance is still ongoing. An untimely adversary case has also been filed against Respondent Jack R. Thacker in the bankruptcy proceeding, and Mr. Thacker has moved to have that claim dismissed. Petitioners expect the bankruptcy proceedings to continue through the end of the year and into 2026.

Respectfully submitted this 12th day of September, 2025.

                                           /s/ Michael C. Bixby
                                           Michael C. Bixby
                                           **BIXBY LAW PLLC**

4300 Bayou Blvd., Suite 16
Pensacola, FL 32503
Bar No.: 111367(FL)
Email: Michael@BixbyLawFirm.com
Phone: (850) 332-6945

***Attorney for Petitioners Terry & Sharon Vaughn***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was filed via the CM/ECF System on this 12th day of September, 2025.

  _/s/ Michael C. Bixby_____